Jacob M. Weisberg, SBN 049065
THE LAW OFFICE OF JACOB M. WEISBERG
844 N. Van Ness Avenue
Fresno, CA 93728
Telephone: (559) 441-0201
Facsimile: (559) 442-3164

Attorney for Plaintiffs: CLYDETTE WYNNE; CLYDETTE WYNNE, AS GUARDIAN AD LITEM FOR CHARLES WILLIAMS and ALEXIS MARTIN, MINORS; and ROSIE SANDERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDETTE WYNNE; CLYDETTE WYNNE, AS GUARDIAN AD LITEM FOR CHARLES WILLIAMS AND ALEXIS MARTIN, MINORS; AND ROSIE SANDERS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, FRESNO CITY POLICE DEPARTMENT; OFFICER KANDA SHAMP; OFFICER ZER YANG; OFFICER MICHELLE MENDOZA; OFFICER JUDY GARZA; OFFICER SUZANNE WARNER; OFFICER NATHAN HALE; OFFICER JOEL SANTOS; OFFICER KARLA ROBISON; OFFICER DEREK SCOTT; OFFICER THOMAS HARDIN, JR.; OFFICER PHAYMANY SYVONGXAY; OFFICER MICHAEL CAVALLERO; OFFICER ELLIOTT VERDUGO; OFFICER JESSE FIGUEROA; OFFICER MATT PANTAGES; OFFICER TRACY OLIVAR; OFFICER DAVID MAYNEZ; JERRY DYER, Chief of the Fresno Police Department, in Their Individual and Official Capacities; and DOES 1 - 75, Inclusive,<br><br>Defendants. | CASE NO.: 1:07-CV-01573 LJO DLB<br><br>**STIPULATION TO CONTINUE MOTION TO DISMISS AND ORDER**<br><br><br>Date: December 3, 2007<br>Time: 8:30 a.m.<br>Courtroom: 4<br>The Honorable Lawrence J. O'Neill |

/ / /

-1-

IT IS HEREBY STIPULATED by and between the parties hereto that the Motion to Dismiss currently on calendar for December 3, 2007, shall be continued to January 16, 2008, at 8:30 a.m.

Dated: November 9, 2007          LAW OFFICE OF JACOB M. WEISBERG

/s/ Jacob M. Weisberg
Jacob M. Weisberg, Attorney for Plaintiffs,
CLYDETTE WYNNE; CLYDETTE WYNNE,
GUARDIAN AD LITEM FOR CHARLES WILLIAMS,
AND ALEXIS MARTIN, Minors, and ROSE SANDERS

Dated:  November 9, 2007     WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

/s/ Rosemary T. McGuire
Rosemary T. McGuire, Attorneys for Defendants

**ORDER**

Good cause appearing, IT IS SO ORDERED.

Dated: November 16, 2007          /s/ Lawrence J. O'Neill
LAWRENCE J. O'NEILL
JUDGE, UNITED STATES DISTRICT COURT