1 | Rosemary T. McGuire, Esq.   Bar No. 172549
Erica M. Camarena, Esq.       Bar No. 227981
2
THE LAW FIRM OF
3 | WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
4 | 1630 East Shaw Avenue, Suite 176
Fresno, California  93710
5
Telephone: (559) 221-5256
6 | Facsimile:  (559) 221-5262

7 | Attorneys for Defendants, City of Fresno, Fresno City Police Department; Officer Kanda Shamp; Officer Zer Yang; Officer Michelle Mendoza; Officer Judy Garza; Officer Suzanne Warner; Officer Nathan Hale; Officer Joel Santos; Officer Derek Scott; Officer Thomas Hardin, Jr.; Officer Phaymany Syvongxay; Officer Michael Cavallero; Officer Elliot Verdugo; Officer Jesse Figueroa; Officer Matt Pantages; Officer Tracy Olivar; Officer David Maynez and Chief Jerry Dyer

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLYDETTE WYNNE; CLYDETTE WYNNE, AS GUARDIAN AD LITEM FOR CHARLES WILLIAMS AND ALEXIS MARTIN, MINORS; AND ROSIE SANDERS,<br><br>       Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, FRESNO CITY POLICE DEPARTMENT; OFFICER KANDA SHAMP; OFFICER ZER YANG; OFFICER MICHELLE MENDOZA; OFFICER JUDY GARZA; OFFICER SUZANNE WARNER; OFFICER NATHAN HALE; OFFICER JOEL SANTOS; OFFICER KARLA ROBINSON; OFFICER DEREK SCOTT; OFFICER THOMAS HARDIN, JR.; OFFICER PHAYMANY SYVONGXAY; OFFICER MICHAEL CAVALLERO; OFFICER ELLIOT VERDUGO; OFFICER JESSE FIGUEROA; OFFICER MATT PANTAGES; OFFICER TRACY OLIVAR; OFFICER DAVID MAYNEZ; JERRY DYER, Chief of the Fresno Police Department, in Their Individual and Official Capacities; and DOES 1-75, Inclusive,<br><br>       Defendants. | CASE NO. 1:07-cv-1573 -LJO DLB<br><br><br><br><br><br><br><br>**STIPULATED DISMISSAL AND ORDER** |

---

STIPULATED DISMISSAL

Pursuant to Rule 41a of the Federal Rules of Civil Procedure, plaintiffs CLYDETTE WYNNE; CLYDETTE WYNNE, AS GUARDIAN AD LITEM FOR CHARLES WILLIAMS AND ALEXIS MARTIN, MINORS; AND ROSIE SANDERS, by and through their attorney of record, Jacob M. Weisberg, stipulate to the dismissal of any and all claims asserted against defendants KANDA SHAMP, ZER YANG, MICHELLE MENDOZA, JUDY GARZA, SUZANNE WARNER AND NATHAN HALE, without prejudice. Each party to this dismissal is to bear their own costs, including attorney fees.

DATED: December 7, 2007

WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

By:    /s/   Rosemary T. McGuire
Rosemary T. McGuire
Attorney for Defendants Kanda Shamp,
Zer Yang, Michelle Mendoza, Judy Garza,
Suzanne Warner and Nathan Hale

DATED: December 5, 2007

LAW OFFICES OF JACOB WEISBERG

By:    /s/   Jacob M. Weisberg
Jacob M. Weisberg
Attorney for Plaintiffs

**ORDER**

IT IS SO ORDERED.

Dated:   **December 7, 2007**      /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE