| | |
|---|---|
| 1 | Jacob M. Weisberg, SBN 049065 |
| | THE LAW OFFICE OF JACOB M. WEISBERG |
| 2 | 844 N. Van Ness Avenue |
| | Fresno, CA  93728 |
| 3 | Telephone: (559) 441-0201 |
| | Facsimile: (559) 442-3164 |

Attorney for Plaintiffs: CLYDETTE WYNNE; CLYDETTE WYNNE, AS GUARDIAN AD LITEM
            FOR CHARLES WILLIAMS and ALEXIS MARTIN, MINORS; and ROSIE SANDERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDETTE WYNNE; CLYDETTE WYNNE, AS GUARDIAN AD LITEM FOR CHARLES WILLIAMS AND ALEXIS MARTIN, MINORS; AND ROSIE SANDERS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, FRESNO CITY POLICE DEPARTMENT; OFFICER KANDA SHAMP; OFFICER ZER YANG; OFFICER MICHELLE MENDOZA; OFFICER JUDY GARZA; OFFICER SUZANNE WARNER; OFFICER NATHAN HALE;  OFFICER JOEL SANTOS; OFFICER KARLA ROBISON; OFFICER DEREK SCOTT; OFFICER THOMAS HARDIN, JR.; OFFICER PHAYMANY SYVONGXAY; OFFICER MICHAEL CAVALLERO; OFFICER ELLIOTT VERDUGO; OFFICER JESSE FIGUEROA; OFFICER MATT PANTAGES; OFFICER TRACY OLIVAR; OFFICER DAVID MAYNEZ; JERRY DYER, Chief of the Fresno Police Department, in Their Individual and Official Capacities; and DOES 1 - 75, Inclusive,<br><br>Defendants. | CASE NO.: 1:07-CV-01573 LJO DLB<br><br>**STIPULATION TO FILE FIRST AMENDED COMPLAINT AND TO TAKE MOTION TO DISMISS OFF CALENDER AND ORDER**<br><br><br>**Date:  January 16, 2008**<br>**Time:  8:30 a.m.**<br>**Courtroom:  4**<br>**The Honorable Lawrence J. O'Neill** |

/ / /

-1-

1   IT IS HEREBY STIPULATED by and between the parties hereto that Plaintiffs may file their First Amended Complaint within 20 days after the Court approves this stipulation.   The Defendants' Motion to Dismiss currently on calendar for January 16, 2008 shall be taken off calendar, without prejudice.

Dated: December 18, 2007        LAW OFFICE OF JACOB M. WEISBERG


/s/ Jacob M. Weisberg
Jacob M. Weisberg, Attorney for Plaintiffs,
CLYDETTE WYNNE; CLYDETTE WYNNE,
GUARDIAN AD LITEM FOR CHARLES WILLIAMS,
AND ALEXIS MARTIN, Minors, and ROSE SANDERS


Dated:  December 18, 2007        WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP


/s/ Erica M. Camarena
Erica M. Camarena, Attorneys for Defendants


**ORDER**

Good cause appearing, IT IS SO ORDERED.

Dated:_December 19, 2007        _/s/ Lawrence J. O'Neill_____
                                LAWRENCE J. O'NEILL
                                JUDGE, UNITED STATES DISTRICT COURT