Jacob M. Weisberg, SBN 049065
THE LAW OFFICE OF JACOB M. WEISBERG
844 N. Van Ness Avenue
Fresno, CA  93728
Telephone: (559) 441-0201
Facsimile: (559) 442-3164

Attorney for Plaintiffs: CLYDETTE WYNNE; CLYDETTE WYNNE, AS GUARDIAN AD LITEM
       FOR CHARLES WILLIAMS and ALEXIS MARTIN, MINORS; and ROSIE SANDERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDETTE WYNNE; CLYDETTE WYNNE, as Guardian Ad Litem for CHARLES WILLIAMS and ALEXIS MARTIN, MINORS; and ROSIE SANDERS,<br><br>                    Plaintiffs,<br><br>  v.<br><br>CITY OF FRESNO;  OFFICER JOEL SANTOS; OFFICER KARLA ROBISON; OFFICER DEREK SCOTT; OFFICER THOMAS HARDIN, JR.; OFFICER PHAYMANY SYVONGXAY; OFFICER MICHAEL CAVALLERO; OFFICER ELLIOTT VERDUGO; OFFICER JESSE FIGUEROA; OFFICER MATT PANTAGES; OFFICER TRACY OLIVAR; OFFICER DAVID MAYNEZ; JERRY DYER, Chief of the Fresno Police Department, in their individual and official capacities; and DOES 1 - 75, Inclusive,<br><br>                    Defendants, | CASE NO.: 1:07-CV-01573 LJO DLB<br><br>**STIPULATION TO CONTINUE MOTION TO DISMISS AND ORDER**<br><br><br><br>Date:  February 19, 2008<br>Time:  8:30 a.m.<br>Courtroom:  4<br>The Honorable Lawrence J. O'Neill |

/ / /

       IT IS HEREBY STIPULATED by and between the parties hereto that the Motion to Dismiss currently on calendar for February 19, 2008, shall be continued to March 17, 2008, at 8:30 a.m.

       Dated: January 22, 2008              LAW OFFICE OF JACOB M. WEISBERG

-1-
  Stipulation to Continue Motion to Dismiss

|  |  |
|---|---|
|  | /s/ Jacob M. Weisberg |
|  | Jacob M. Weisberg, Attorney for Plaintiffs, CLYDETTE WYNNE; CLYDETTE WYNNE, GUARDIAN AD LITEM FOR CHARLES WILLIAMS, AND ALEXIS MARTIN, Minors, and ROSE SANDERS |

Dated:  January 22, 2008         WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP


/s/ Rosemary T. McGuire
Rosemary T. McGuire, Attorneys for Defendants


**ORDER**

Good cause appearing, IT IS SO ORDERED.

Dated:__January 25, 2008         /s/ Lawrence J. O'Neill____
LAWRENCE J. O'NEILL
JUDGE, UNITED STATES DISTRICT COURT

Stipulation to Continue Motion to Dismiss