Rosemary T. McGuire, Esq.   Bar No. 172549
Erica M. Camarena, Esq.     Bar No. 227981

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California   93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO, FRESNO POLICE OFFICERS: JOEL SANTOS, DEREK SCOTT, THOMAS HARDIN, JR., PHAYMANY SYVONGXAY, MICHAEL CAVALLERO, ELLIOT VERDUGO, JESSE FIGUEROA, MATT PANTAGES, TRACY OLIVAR, DAVID MAYNEZ

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLYDETTE WYNNE; CLYDETTE WYNNE, AS GUARDIAN AD LITEM FOR CHARLES WILLIAMS AND ALEXIS MARTIN, MINORS; AND ROSIE SANDERS,<br><br>            Plaintiffs,<br><br>      vs.<br><br>CITY OF FRESNO, OFFICER JOEL SANTOS; OFFICER KARLA ROBISON; OFFICER DEREK SCOTT; OFFICER THOMAS HARDIN, JR.; OFFICER PHAYMANY SYVONGXAY; OFFICER MICHAEL CAVALLERO; OFFICER ELLIOT VERDUGO; OFFICER JESSE FIGUEROA; OFFICER MATT PANTAGES; OFFICER TRACY OLIVAR; OFFICER DAVID MAYNEZ; in Their Individual and Official Capacities; and DOES 1-75, Inclusive,<br><br>            Defendants. | CASE NO. 1:07-cv-1573 -LJO DLB<br><br><br><br><br><br><br><br>**STIPULATED DISMISSAL**<br><br><br><br><br><br><br><br>Complaint Filed:09/14/07 |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiffs, ROSIE SANDERS, CLYDETTE WYNNE, CHARLES WILLIAMS, by and through his guardian ad litem, CLYDETTE WYNNE, and ALEXIS MARTIN, by and through her guardian ad litem, CLYDETTE

---
Stipulated Dismissal

WYNNE, by and through their attorney of record, Jacob M. Weisberg, Esq., stipulate to the dismissal of any and all claims asserted against defendants CITY OF FRESNO and FRESNO POLICE OFFICERS JOEL SANTOS, DEREK SCOTT, THOMAS HARDIN, JR., PHAYMANY SYVONGXAY, MICHAEL CAVALLERO, ELLIOT VERDUGO, JESSE FIGUEROA, MATT PANTAGES, TRACY OLIVAR and DAVID MAYNEZ, with prejudice.

**IT IS SO STIPULATED:**

DATED: November 12, 2008

          WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

          By:   /s/   Rosemary T. McGuire
                 Rosemary T. McGuire
                 Attorneys for Defendants

DATED: November 12, 2008

          LAW OFFICES OF JACOB M. WEISBERG

          By:   /s/ Jacob M. Weisberg
                 Jacob M. Weisberg
                 Attorney for Plaintiffs

**ORDER**

Based on the parties' stipulation, this Court DISMISSES with prejudice this entire action.  The clerk is directed to close this action.

IT IS SO ORDERED.

**Dated:   November 12, 2008**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE